# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SIMEON PAULINO,** : | **CIVIL ACTION NO. 1:06-CV-0616** |
| **Petitioner** : | **(Judge Conner)** |
| v. : | |
| **RONNIE HOLT**, : | |
| **Respondent** : | |

## ORDER

AND NOW, this 31st day of March, 2006, upon preliminary review of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), see R. GOVERNING § 2254 CASES R. 4[1] (Doc. 1), and it appearing that petitioner intended to include with the form petition an attachment setting forth the pertinent facts (Doc. 1, p. 6), but failed to do so, and it further appearing that the petition, in its present form, is facially insufficient in that the only facts provided are that he is challenging a prison disciplinary proceeding, it is hereby ORDERED that petitioner shall submit the attachment within twenty days of the date of this order.  Failure to file the attachment will result in dismissal of the action.  See R. GOVERNING § 2254 CASES R. 4.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] R. GOVERNING § 2254 CASES R.1(b) (applicable to petitions under 28 U.S.C. § 2241 in the discretion of the court).